Jaime N. Cole, WSBA #47258
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150
Seattle, WA 98121
Phone: 206-876-5317

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVEN DUCKETT and TINA DUCKETT, husband and wife, , <br><br> Plaintiff, <br><br> vs. <br><br> RENTOKIL NORTH AMERICA, INC., <br><br> Defendant. | Case No. 4:18-cv-05155 <br><br> **NOTICE OF REMOVAL** |

PLEASE TAKE NOTICE that Defendant Rentokil North America, Inc. ("Rentokil"), hereby removes the above-entitled action to the United States District Court for the Eastern District of Washington. In support thereof, Rentokil states as follows:

1. Plaintiff commenced this civil action in the Superior Court of the State of Washington in and for the County of Franklin by filing a Complaint for Damages on August 23, 2018. A true and correct copy of Plaintiff's Complaint for Damages is attached as Exhibit A to this Notice of Removal.

2. Removal of this matter is proper under 28 U.S.C. § 1441(a), which provides:

> Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the

defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

**Federal Question Jurisdiction**

3. This Court has federal question jurisdiction over this matter. 28 U.S.C. § 1331 provides federal district courts with "original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

4. Paragraphs 68-71 of Plaintiff's Complaint specifically assert a cause of action under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 207. Accordingly, this Court has federal question jurisdiction pursuant to 28 U.S.C. § 1331, and removal of this matter is proper under 28 U.S.C. § 1441(a).

5. The court has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367.

**The Court Also Has Diversity Jurisdiction Over This Matter**

6. This Court also has diversity jurisdiction over this matter. 28 U.S.C. § 1332(a)(1) provides federal district courts with "original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interests and costs, and is between …. citizens of different States…."

7. As required, there is complete diversity as to all parties.

8. According to Plaintiff's Complaint, Plaintiff, and his wife, are residents of Franklin County, Washington.

9. The Rentokil is a Pennsylvania corporation with its corporate headquarters and principal place of business in Wyomissing, Pennsylvania at the time Plaintiff commenced this action and at the time of removal. For purposes of 28 U.S.C. § 1332(a)(1), Rentokil is deemed to be a citizen of Pennsylvania. *See* § 1332(c)(1); *see also Hertz Corp. v. Friend*, 559 U.S. 77, 92 – 93 (2010).

NOTICE OF REMOVAL - 2

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

**The Amount in Controversy Requirement is Satisfied**

10.     The Complaint does not assert a specific amount of damages. *See* Complaint, attached as Exhibit A.  However, Plaintiff's Complaint seeks relief for back pay with interest for alleged willful violations of state and federal wage and hours laws, in amounts to be established at trial as well as "other and further relief as deemed just, lawful, and equitable by the Court."  Plaintiff alleges Defendant failed to pay Plaintiff for two hours' of pay each day worked (missed meal period and 45 minutes to and from work).  Plaintiff's alleged hourly wage was approximately $18.59.  *See* Exhibit A, Complaint, ¶¶ 8, 29-30, 59-67.  Accordingly, Plaintiff requests at least $58,000 in damages ($18.59 x 2 hours a day x 5 days a week x 52 weeks a year x 2 for liquidated damages x 3 years for willfulness), not including attorney's fees and costs.  Plaintiff's Complaint further requests attorney fees and costs.  Thus, if Plaintiff were entitled to damages as stated in his Complaint, attorneys' fees and other damages would be well in excess of the minimum jurisdictional amount of $75,000. Accordingly, there is complete diversity of citizenship between the parties, as contemplated by 28 U.S.C. §§ 1332(a) and 1441(b), in addition to federal question jurisdiction.

**All Procedural Requirements Are Satisfied**

10.     Plaintiff served Rentokil with the Complaint for Damages on August 27, 2018.  Accordingly, this Notice of Removal has been filed within 30 days of service of a copy of the initial pleading setting forth the claim for relief upon which this action is based, and is therefore timely.  *See* 28 U.S.C. § 1446(b).

11.     Pursuant to 28 U.S.C. § 1441 et seq., the right exists to remove this case from the Superior Court of the State of Washington in and for the County of Franklin, to the United States District Court for the Eastern District of Washington, which embraces the place where this action is pending.  This Court is a proper

NOTICE OF REMOVAL - 3

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone:  206-693-7057 | Fax: 206-693-7058

venue for this action because the United States District Court for the Eastern District of Washington embraces the county in which the state court action is now pending. *See* 28 U.S.C. § 128(b); 28 U.S.C. § 1391(b).

12. No previous application has been made for the relief requested herein.

13. Pursuant to 28 U.S.C. § 1446, attached hereto is a copy of the Complaint for Damages (Exhibit A), Summons (Exhibit B). Counsel for Rentokil hereby verifies that these Exhibits, along with this Notice of Removal, are true and complete copies of all the process, pleadings and orders served upon it in this action.

14. Written notice of the filing of this Notice of Removal will be served on Plaintiff as required.

15. A true and correct copy of this Notice of Removal will be filed with the clerk of the Superior Court of the State of Washington in and for the County of Franklin, as required.

WHEREFORE, Rentokil hereby removes this case from the Superior Court of the State of Washington in and for the County of Franklin, where it is now pending, to this Court.

Dated: September 21, 2018.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/Jaime N. Cole
Jaime N. Cole, WSBA #47258
1201 Third Avenue, Suite 5150
Seattle, WA 98121
Phone: 206-876-5317
Fax: 206-693-7058
Email: jaime.cole@ogletree.com

*Attorney for Defendant*

NOTICE OF REMOVAL - 4

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

## CERTIFICATE OF SERVICE

I hereby certify that on the date below written, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and caused to be served a true and correct copy of same by the method indicated below and addressed as follows:

Adam R. Pechtel, WSBA #43743
Pechtel Law PLLC
21 N. Cascade St.
Kennewick, WA
Phone: 509-586-3091

*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 21, 2018, in accordance with 28 USC 1746.

*Ashley M. Rogers*
Ashley Rogers

35657406.1

NOTICE OF REMOVAL - 5

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058